BEFORE THE FIRST DIVISION, FEBRUARY 20, 1943

**No. 48036.**—Protest 47409–K of Louis Wolf & Co. (Philadelphia).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the cotton cloths and napkins in question are the same in all material respects as

those the subject of T. D. 50277 (1) the protest was sustained as to those entries made prior to the effective date of said decision.